UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**GHOST CONTROLS, LLC**, a Florida
Limited Liability Company

    Plaintiff,

v.                                                     Case No: 5:20-cv-288-RBD-PRL

**GATE1ACCESS LLC. and JULIO
TOLEDO,**

    Defendants.

## ORDER

On August 2, 2021, Plaintiff Ghost Controls, LLC filed a motion to compel the production of documents. (Doc. 47). Defendants filed a response. (Doc. 53). Now, Plaintiff seeks leave to file a reply to address new issues raised by Defendants in their response. (Do. 55). Upon due consideration, Plaintiff's motion (Doc. 55) is **GRANTED**. On or before **August 30, 2021**, Plaintiff may file a **7-page** reply limited to issues raised in the defendants' response.

**DONE** and **ORDERED** in Ocala, Florida on August 20, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties